IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUEST NETTECH CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:16-CV-00252-RWS |
| | § | |
| | § | |
| EMERALD EXPOSITIONS, LLC | § | |
| | § | |
| Defendant. | § | **JURY TRIAL REQUESTED** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Quest NetTech Corporation ("Quest") voluntarily dismisses its complaint against Defendant Emerald Expositions, LLC ("Defendant") without prejudice. Plaintiff filed its Original Complaint on March 23, 2016. Quest has not served the Defendant with summons and, therefore, Defendant has not filed or served an answer or a motion for summary judgment. For these reasons, the Defendant should be dismissed without prejudice and without the need for an order of the Court.

Dated: April 19, 2016                          Respectfully submitted,



                                        */s/ Deron R. Dacus*
                                        DERON R. DACUS
                                        State Bar No. 00790553
                                        ddacus@dacusfirm.com
                                        SHANNON DACUS
                                        State Bar No. 00791004
                                        sdacus@dacusfirm.com
                                        PETE KERR
                                        State Bar No. 24076478
                                        pkerr@dacusfirm.com
                                        THE DACUS FIRM, P.C.
                                        821 ESE Loop 323, Suite 430
                                        Tyler, TX. 75701
                                        903/705-1117
                                        Fax - 903/581-2543

*ATTORNEYS FOR PLAINTIFF QUEST*
*NETTECH CORPORATION*


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 19th day of April, 2016.

*/s/ Deron R. Dacus*
DERON R. DACUS

2